UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                             CASE NO. 12 B 43264
                                                   CHAPTER 13
ANITA F ROSSO
                                                   JUDGE CAROL A DOYLE

   DEBTOR                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** FEDERAL NATIONAL MTG ASSOC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 31 | XXXXXX0646 | $37,602.22 | $37,602.22 | $37,602.22 |
| Total Amount Paid by Trustee | | | | | $37,602.22 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-43264-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 10th day of January, 2018.

Debtor:
ANITA F ROSSO
10718 S AVE J
CHICAGO, IL 60617

Attorney:
BACH LAW OFFICES
PO BOX 1285
NORTHBROOK, IL 60065
via Clerk's ECF noticing procedures

Creditor:
FEDERAL NATIONAL MTG ASSOC
% SETERUS INC
PO BOX 1047
HARTFORD, CT 06143-1047

Mortgage Creditor:
SPRINGLEAF FINANCIAL
SERVICES
601 NW SECOND ST
PO BOX 3251
Evansville, IN 47731-3251

Mortgage Creditor:
WEYERHAEUSER MORTGAGE
COMPANY
% BAC HOME LOANS SERVICING LP
PO BOX 650070
DALLAS, TX 75265

Mortgage Creditor:
WEYERHAEUSER MORTGAGE
COMPANY
% BANK OF AMERICA MORTGAGE
PO BOX 533512
ATLANTA, GA 60653

Mortgage Creditor:
WEYERHAEUSER MORTGAGE
COMPANY
% BANK OF AMERICA NA
450 AMERICAN ST
SIMI VALLEY, CA 93065

Mortgage Creditor:
WEYERHAEUSER MORTGAGE
COMPANY
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

Mortgage Creditor:
BANK OF AMERICA
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527

Mortgage Creditor:
BANK OF AMERICA
450 AMERICAN ST
SIMI VALLEY, CA 93065

Creditor:
BANK OF AMERICA
PO BOX 660933
DALLAS, TX 75266-0933

ELECTRONIC SERVICE - United States Trustee

Date:  January 10, 2018                                              /s/ TOM VAUGHN
                                                                     TOM VAUGHN
                                                                     CHAPTER 13 TRUSTEE
                                                                     55 E. MONROE STREET, SUITE 3850
                                                                     CHICAGO, IL  60603